**MEMO ENDORSED**

**JOSEPH A. VITA**
**ATTORNEY AT LAW**
327 Irving Avenue
Port Chester, New York 10573
Telephone 914-939-5401
Fax 914-690-2007

Via ECF

June 3, 2020

Hon. Nelson S. Roman
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

re:   USA v. Goode, et al. (Sharrahn Walton) ; 16 Cr. 529 (NSR) -11

Dear Judge Roman:

  I was CJA counsel for Sharrahn Walton in the above matter which was resolved in July 25, 2018. Mr. Walton pled guilty to a B1B narcotics conspiracy and was sentenced to 60 months incarceration. He is in custody serving his sentence. He has asked my assistance to pursue an application for compassionate release due to the COVID 19 pandemic. I am requesting to be reappointed as CJA counsel for this purpose nunc pro tunc to 4-24-2020.

Respectfully submitted,

/S/ Joseph A. Vita

Joseph A. Vita

---

The application is  X  granted.
      ___ denied.

Nelson S. Román, U.S.D.J.
Dated: June 3, 2020
White Plains, New York 10601

Clerk of the Court requested to terminate the motion (doc. 227).

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/3/2020