**MEMO ENDORSED**

**JOSEPH A. VITA**
**ATTORNEY AT LAW**
327 Irving Avenue
Port Chester, New York 10573
Telephone 914-939-5401
Fax 914-690-2007

Via ECF

July 17, 2020

Hon. Nelson S. Roman
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

re:   USA v. Goode, et al. (Sharrahn Walton) ; 16 Cr. 529 (NSR)-11

Dear Judge Roman:

    On June 3, 2020 I was appointed as CJA counsel to assist Mr. Walton in pursuing an application for compassionate release. Defendant had filed a pro se motion on April 29, 2020 and the Court has scheduled a motion hearing via teleconference for July 24, 2020.

    For the reasons set forth below, I am requesting that the hearing be postponed until a date after August 25, 2020 and that counsel's time to file a supplemental brief be extended to August 21, 2020.

    On July 25, 2018. Mr. Walton was sentenced by your honor to 60 months incarceration following his guilty plea to a B1B narcotics conspiracy. The sentence was ordered to run concurrent to the 8 year New York State sentence which defendant was serving. Mr. Walton is presently in New York State custody and is being held at the Rockland County jail. His prior New York State conviction and resulting 8 years prison sentence was recently vacated and on July 10, 2020 he was resentenced on the State felony conviction to 5 years incarceration (concurrent with his federal sentence). He is awaiting designation and transfer to a State prison facility and calculation of his State release date. Because of the amount of time Mr. Walton had in state custody his State release date may be imminent. I was advised by Mr. Walton's State attorney that his conditional state release date is March 13, 2020 and estimated maximum expiration date is December 3, 2020. He then will be transferred to the custody of the Bureau of Prisons to serve the remainder of his federal sentence. I will need verification that Mr. Walton has completed his State sentence before pursuing the within motion for Compassionate release. I also am awaiting additional medical records. I have spoken to Mr. Walton who consents to this application on his behalf.

Respectfully submitted,

/S/ Joseph A. Vita

Joseph A. Vita

---

**Endorsement:**

Application granted. Motion Hearing adjourned from July 24, 2020 until Sept. 11, 2020 at 12:45 pm. Deft's time to file a supplemental motion is extended until Aug. 21, 2020. The Govt's response shall be filed on Aug. 28, 2020. Deft's reply, if any, is due Sept. 4, 2020. Call-in instructions previously filed on the docket. Clerk of the Court requested to terminate the motion (doc. 236).

Dated: July 20, 2020

SO ORDERED.

Nelson S. Román, U.S.D.J.

*USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #:_____ DATE FILED: 7/20/2020*