UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

SHARRAHN WALTON,

Defendant.

16 CR 529-11 (NSR)

RESCHEDULING ORDER

NELSON S. ROMÁN, United States District Judge:

In light of the recent Coronavirus Disease 2019 ("COVID-19") pandemic affecting New York, and given the directives provided by the Chief Judge of the United States District Court for the Southern District of New York to limit in-person court appearances due to the risk presented by COVID-19, and a Court scheduling conflict, it is hereby

ORDERED that the above case scheduled for **Motion Hearing via teleconference on September 18, 2020 is advanced to September 17, 2020 at 2:15 pm.**

Dial-in instructions posted previously on the docket.

Dated: September 14, 2020
White Plains, New York

SO ORDERED.

_____
NELSON S. ROMÁN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/14/2020