Southern District
81 Main Street, Suite 300
White Plains, NY 10007
Tel: (914) 428-7124 Fax: (914) 948-5109

# Federal Defenders
## OF NEW YORK, INC.

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

MEMO ENDORSED

Via E-mail and ECF

November 13, 2024

The Honorable Nelson S. Román
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

The parties' joint request to adjourn the VOSR Conf. from Nov. 15, 2024 until Jan. 24, 2025 at 12 noon is GRANTED. Clerk of Court is requested to terminate the motion ECF No. 286.
Dated: White Plains, NY
November 14, 2024

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

Re:   United States v. Sharrahn Walton
      16 CR 529 (NSR)-11

Dear Honorable Román:

   I am writing, jointly with the Government, to respectfully ask that Your Honor adjourn the conference that is scheduled for November 15, 2024. As background, on October 18, 2024, Mr. Walton was charged with a new federal offense under case number 24-MJ-03669. This new criminal matter forms the basis of the VOSR that is pending in front of Your Honor. The parties are exploring a potential disposition of the new matter, and the Government has agreed to share some pre-indictment discovery. Under these circumstances, I ask that this week's conference be adjourned to a date in January. I have communicated with chambers and I am informed that the Court has availability on January 24, 2024 at noon. The parties are available at this time, so I ask that the conference please be adjourned to January 24, 2024.

   Thank you for your consideration.

   Respectfully,

   //s

   Benjamin Gold
   Assistant Federal Defender

cc:   AUSA Jared Hoffman
      Probation Officer Erica Cudina

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/14/2024