

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*United States Attorney's Office*
*50 Main Street, Suite 1100*
*White Plains, New York 10606*

January 17, 2025

**MEMO ENDORSED**

**The Govt's request to adjourn the Jan. 24, 2025 VOSR Initial Conf. is GRANTED with consent of Deft. and U.S. Probation Officer Cudina. The VOSR Conf. is adjourned until April 4, 2025 at 11:00 am. Clerk of Court is requested to terminate the motion at ECF No. 288.**
**Dated: White Plains, NY**
**January 17, 2025**

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

**BY ECF**
The Honorable Nelson S. Román
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re:   *United States v. Sharrahn Walton*, 16 Cr. 529 (NSR)-11

Dear Judge Román:

The Government respectfully writes, with the consent of defense counsel and U.S. Probation Officer Erica Cudina, to request a 60-day adjournment of the VOSR status conference in *United States v. Walton*, 16 Cr. 529 (NSR), which is scheduled for January 24, at 12:00 p.m.

The parties here, which are the same as in the defendant's open criminal case, *United States v. Walton*, 24 Mag. 3669, have had productive discussions regarding a resolution of the criminal case and VOSR without need for trial. Accordingly, the parties respectfully request that the Court adjourn the VOSR conference to provide the parties time to potentially finalize a resolution in the criminal case and VOSR.

Respectfully submitted,

EDWARD Y. KIM
Acting United States Attorney
Southern District of New York

By: /s/ Jared Hoffman
Jared Hoffman
Assistant United States Attorney
(212) 637-1060

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/17/2025

cc:    Ben Gold, Esq. (by ECF and Email)
       Erica Cudina, U.S. Probation (by Email)