Case 7:16-cr-00529-NSR   Document 292   Filed 04/07/25   Page 1 of 1

**MEMO ENDORSED**



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*United States Attorney's Office*
*50 Main Street, Suite 1100*
*White Plains, New York 10606*

April 6, 2025

**BY ECF**
The Honorable Nelson S. Román
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re:   *United States v. Sharrahn Walton*, 16 Cr. 529 (NSR)-11

Dear Judge Román:

The Government respectfully writes, with the consent of defense counsel and U.S. Probation Officer Erica Cudina, to request that the Court reschedule the VOSR status conference in *United States v. Walton*, 16 Cr. 529 (NSR), to June 13, 2025, at 11:00 a.m. The Government understands that this date and time works for the Court, defense counsel, and Probation.

Respectfully submitted,

MATTHEW PODOLSKY
Acting United States Attorney
Southern District of New York

By: /s/ Jared Hoffman
Jared Hoffman
Assistant United States Attorney
(212) 637-1060

cc:   Ben Gold, Esq. (by ECF and Email)
      Erica Cudina, U.S. Probation (by Email)

---

The Govt's request to reschedule the VOSR Conf. from April 10, 2025 to June 13, 2025 at 11:00 am is GRANTED with the Defendant's and Probation Officer's consent. Clerk of Court is requested to terminate the motion at ECF No. 291.

Dated: White Plains, NY
April 7, 2025

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/7/2025