# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, NY 10007
Tel: (914) 428-7124 Fax: (914) 948-5109

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

**MEMO ENDORSED**

**In light of the underlying sentencing adjournment, the parties' request to adjourn the Jan. 30, 2026 VOSR Conf. is GRANTED. The VOSR Conf. is adjourned to March 5, 2026 at 12:00 noon. Clerk of Court is requested to terminate the motion at ECF No. 298.**
**Dated: January 13, 2026**
**White Plains, NY**

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

<u>Via E-mail and ECF</u>

January 9, 2026

The Honorable Nelson S. Román
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

      <u>Re:</u>    United States v. Sharrahn Walton
               16 CR 529 (NSR)-11

Dear Honorable Román:

I am writing, jointly with the Government, to respectfully ask that Your Honor adjourn the conference that is currently scheduled for January 30, 2026. As background, Mr. Walton's sentencing in *United States v. Walton,* 25 Cr. 166 (KMK), which forms the basis for this VOSR proceeding, was adjourned to February 19th.[1] The parties expect that, following Mr. Walton's sentencing in front of Judge Karas, this VOSR matter will be resolved. As such, I ask that Your Honor please adjourn this matter to a date at the end of February or in early March. Ideally, the parties ask for a date the week of February 23rd or the week of March 2nd. At this next conference, we anticipate that Mr. Walton will enter an admission and that the parties will be ready to proceed directly to sentencing.

Thank you for your consideration.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/13/2026

Respectfully,

//s

Benjamin Gold
Assistant Federal Defender

      cc:    AUSA Jared Hoffman
               Probation Officer Erica Cudina

---

[1] Counsel has asked that the Court move the sentencing to a different date in February, as the parties are not available on February 19th. So this date is likely to change.